IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILFREDO CONTRERAS,<br><br>    Defendant. | 4:12CR3125<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1)  Government's unopposed motion to continue, (filing no. 33), is granted.

2)  The evidentiary hearing on defendant's motion to suppress, (filing no. 28), will be held before the undersigned magistrate judge on March 8, 2013 at 1:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

February 7, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge