IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILFREDO CONTRERAS,

        Defendant.

4:12CR3125

**MEMORANDUM AND ORDER**

IT IS ORDERED:

1) The motion of attorney Jon M. Placke withdraw as counsel of record for defendant Contreras, (filing no. 38), is granted.

2) The clerk shall delete Jon M. Placke from any future ECF notifications herein.

March 10, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge