IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3125 |
| | ) | |
| v. | ) | |
| | ) | |
| WILFREDO CONTRERAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the findings and recommendation of the magistrate judge (Filing No. 50), recommending that defendant's motion to suppress (Filing No. 28) be denied. The Court has reviewed defendant's objection (Filing No. 51), as well as the transcript of the hearing (Filing No. 47), and finds the findings and recommendation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) Defendant's objection to said findings and recommendation is overruled. The motion to suppress is denied.

3) Trial of this matter is scheduled for:

**Tuesday, June 18, 2013, at 9 a.m.**

Courtroom No. 4, Robert Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, or as soon thereafter as may be called by the Court. The schedule will give the parties time to

prepare for trial and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between May 6, 2013, and June 18, 2013, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

      DATED this 6th day of May, 2013.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court