IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3125 |
| | ) | |
| v. | ) | |
| | ) | |
| WILFREDO CONTRERAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's notice of appeal (Filing No. 103). On February 8, 2016, the Court denied the defendant's motion to reduce sentence (Filing No. 102). The defendant filed his notice of appeal on July 8, 2016 (Filing No. 103). The Court finds that the defendant's notice of appeal is untimely. Fed. R. App. P. 4(b)(1). Accordingly,

IT IS ORDERED that the defendant's notice of appeal is not timely filed.

DATED this 18th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court